Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14200
Kyle E. Ewing
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada non-profit corporation; ZENA F. N. CHEE, an individual. <br><br> Defendants. | Case No. 2:17-CV-00328-JCM-PAL <br><br> **ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO EXTEND TIME FOR SERVICE AND PERMIT SERVICE BY PUBLICATION** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") filed its Motion to Extend Time for Service and Permit Service by Publication (the "Motion") on May 1, 2017. Having reviewed the Motion, the attached declaration of counsel, and the attached affidavits of due diligence, the Court finds good case to grant the Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time to serve Zena F. N. Chee shall be extended by ninety (90 days). Chase shall have up to and until August 1, 2017 to serve Zena F. N. Chee with a summons and complaint.

IT IS FURTHER ORDERED that Chase is permitted to serve Zena F. N. Chee by publication. A copy of the Summons and Complaint must be mailed to Zena F. N.

Chee at her last known Pennsylvania address, as identified in the Motion, by certified U.S. Mail, return receipt requested.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 4(e)(1) and NRCP 4(e)(1)(i) and (iii), the Summons in this action must be served by publication in a newspaper or newspapers, published in the states of Nevada and Pennsylvania, for a period of four weeks and at least once a week during that time.

Dated: May 2, 2017.

By: _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Respectfully submitted by:

BALLARD SPAHR LLP

By: /s/ Kyle A. Ewing
Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14200
Kyle E. Ewing
Nevada Bar No. 14051
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

2

DMWEST #16460263 v1