Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle E. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada non-profit corporation; DIAMOND CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ZENA F. N. CHEE, an individual,<br><br>Defendants. | CASE NO. 17-CV-00328-JCM-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A. and ZENA F. N. CHEE, an individual,<br><br>Counter-Defendant/Cross-Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant Diamond Creek Community Association ("Diamond Creek CA"), through their counsel of record, stipulate as follows:

1. On February 2, 2017, Chase filed a complaint naming Diamond Creek CA as a necessary party.

2. On July 3, 2017, Chase filed an amended complaint adding Diamond Creek Homeowners' Association ("Diamond Creek HOA") as a necessary party.

3. Diamond Creek CA takes the position that it did not conduct the association foreclosure sale giving rise to this lawsuit, notwithstanding the fact that it is the homeowners' association identified in the relevant recorded documents.

4. Diamond Creek CA further takes the position that Diamond Creek HOA conducted the relevant association foreclosure sale.

5. At this time, Chase takes no position on which homeowners' association conducted the association foreclosure sale.

6. Chase agrees to dismiss Diamond Creek CA without prejudice.

7. The parties agree that Diamond Creek CA, although no longer a party to this lawsuit, shall be bound by and cooperate in the enforcement of any final judgment that this Court enters regarding the determination of which homeowners' association conducted the sale, quieting title, and declaratory relief as between the remaining parties and any other party regarding priority of the respective interests in title to the subject property.

8. Diamond Creek CA agrees that it will participate in third-party discovery in compliance with the Federal Rules of Civil Procedure should the need arise for any remaining party to conduct discovery on Diamond Creek CA.

///
///
///
///

9. Diamond Creek CA and Chase shall each bear its own fees and costs incurred in this matter.

Dated: July 12th, 2017

BALLARD SPAHR LLP

By: /s/
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle E. Ewing, Esq.
Nevada Bar No. 14051
100 N. City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

Dated: July 12th, 2017

BOYACK, ORME & ANTHONY

By: /s/
Edward D. Boyack
Nevada Bar No. 5229
Colli C. McKiever, Esq.
Nevada No. 13724
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for Diamond Creek Community Association*

ORDER

Based on the above stipulation between Chase and Diamond Creek CA and good cause appearing therefore,

IT IS ORDERED that Diamond Creek CA only shall be dismissed from this litigation without prejudice.

IT IS FURTHER ORDERED that each party shall bear all of its own fees and costs.

IT IS FURTHER ORDERED that the Diamond Creek CA shall be bound by and cooperate in the enforcement of any final judgment that this Court enters regarding the homeowners' association that conducted the foreclosure sale, quieting title, and declaratory relief as between the remaining parties and any other party, regarding priority of the respective interests in title to the subject property.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: July 17, 2017