Edward D. Boyack
Nevada Bar No. 005229
Colli C. McKiever
Nevada Bar No. 13724
**BOYACK ORME & ANTHONY**
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
ted@boyacklaw.com
702.562.3415
702.562.3570 (fax)
*Attorney for Defendant, Diamond Creek Community Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC, a Nevada Limited Liability Company; DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation; DIAMOND CREEK HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; ZENA F. N. CHEE, an Individual,<br><br>Defendants. | CASE NO. 2:17-cv-00328<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

COMES NOW, Defendant, Diamond Creek Community Association, by and through its attorneys of record, Boyack Orme & Anthony, and moves this Court to remove the attorneys and pertinent staff of our law firm, from the CM/ECF Electronic Service List of this case, as a Stipulation and Order Dismissing Defendant, Diamond Creek Community Association [Doc33], has been e-filed on July 17, 2017.

DATED this 15th day of September, 2017.

BOYACK ORME & ANTHONY

By: */s/ EDWARD D. BOYACK*
EDWARD D. BOYACK
Nevada Bar No. 005229
Colli C. McKiever
Nevada Bar No. 13724
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
Attorney for Defendant,
*Diamond Creek Community Association*

**IT IS SO ORDERED** this 19th day of September, 2017.

Peggy A. Leen
U.S. Magistrate Judge

Page 1 of 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of September, 2017, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made via electronic means by operation of the Court's CM-ECF/Pacer Electronic Filing System.

        */s/ Sherri Tyrrell*
        An Employee of Boyack Orme & Anthony