1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@KGElegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@KGElegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@KGElegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-cv-00328-JCM-PAL |
| Plaintiff, | **ORDER GRANTING MOTION TO SERVE ZENA F. N. CHEE BY PUBLICATION** |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada non-profit corporation; DIAMOND CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ZENA F. N. CHEE, an individual, | **-and-** **ORDER GRANTING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND CROSS-CLAIM** |
| Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counterclaimant/Cross-Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A.; ZENA F. N. CHEE, an individual, | |
| Counter/Cross Defendants. | |

Upon reading the Affidavit of Due Diligence; it appearing that an Answer, Counterclaim, and Cross-Claim has been filed; that a Summons directed to Cross-Defendant, ZENA F. N. CHEE has been issued [ECF No. 25]; that Cross-Defendant, Chee is a necessary party; and that Cross-

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NV 89139
(702) 485-3300 FAX (702) 485-3301

Defendant Chee cannot be found to be personally served in the State of Nevada, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that since the Cross-Defendant, ZENA F. N. CHEE, cannot now be found so as to be personally served, she may be served by publication of the Summons at least once a week for four (4) weeks in the Nevada Legal News, a newspaper of general circulation, at least once a week for four (4) weeks in, a newspaper of general circulation in Hauula, Hawaii and at least once a week for four (4) weeks in, a newspaper of general circulation in E. Stroudsburg, PA.

**IT IS FURTHER ORDERED** that a copy of the Summons and Answer, Counterclaim, and Cross-Claim shall be mailed forthwith to Cross-Defendant Chee, first class mail, postage prepaid, addressed to the Cross-Defendant's last known addresses.

**IT IS FURTHER ORDERED** that SFR's Motion to Enlarge Time to Serve is GRANTED and the time for service is extended by an additional 60 days from the date of this order is entered to allow SFR Investments Pool 1, LLC ("SFR") to effectuate service by publication.

Dated this 26th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**KIM GILBERT EBRON**

*/s/Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*