Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; DIAMOND CREEK COMMUNITY ASSOCIATION, a Nevada non-profit corporation; DIAMOND CREEK HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; ZENA F. N. CHEE, an individual, <br><br> Defendants. | CASE NO. 17-CV-00328-JCM-PAL <br><br> **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>    Counterclaimant/Cross-Claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A. and ZENA F. N. CHEE, an individual, <br><br>    Counter-Defendant/Cross-Defendant. | |

DMWEST #16920799 v1

1  Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and
2  through its counsel of record, hereby moves for removal of Sylvia Semper, Esq., from
3  the electronic service list.  Chase will continue to be represented by Joel Tasca,
4  Lindsay Demaree, Maria Gall, and Kyle Ewing of Ballard Spahr LLP in this case.

Documents are no longer to be served by electronic means to the following person:

Sylvia Semper:  sempers@ballardspahr.com

Dated: October 10, 2017.

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
Maria A. Gall, Esq.
Nevada Bar No. 14200
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
Sylvia O. Semper, Esq.
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for JPMorgan Chase Bank, N.A.*

**IT IS SO ORDERED** this 18th day of October, 2017.

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on October 10, 2017, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared.

I further certify that on October 10, 2017, and pursuant to Federal Rule of Civil Procedure 5, true copies of the foregoing **JPMORGAN CHASE BANK, N.A.'S MOTION FOR REMOVAL FROM ELECTRONIC SERVICE LIST** were sent to the following parties via U.S. Mail at the following addresses:

Zena F. N. Chee
309 Rolling Hills Drive
East Stroudsburg, PA 18302

Diamond Creek Homeowners' Association
c/o Diana Gillis
Harmony Management LLC
1151 S. Buffalo Dr. #230
Las Vegas, NV 89117

/s/ C. Bowman
*An employee of Ballard Spahr LLP*