UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>   Plaintiff,<br>v.<br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>   Defendants. | Case No. 2:17-cv-00328-JCM-PAL<br><br>ORDER<br><br>(Stip to Stay Disc – ECF No. 62) |

This matter is before the court on the parties' Stipulation and Order to Stay Discovery (First Request) (ECF No. 62). The parties request a stay of discovery as a Rule 30(b)(6) deposition of the HOA needs to be taken; however, there is not currently a board to authorize a designee. A new board is slated to be elected on or about March 26, 2018.

On March 9, 2018 the district judge entered an order (ECF No. 67) granting the parties' stipulation to stay the entire case pending settlement.

**IT IS ORDERED**:

1. The Motion to Stay Discovery (ECF No 62) is **DENIED** as moot.
2. The parties shall have until May 9, 2018 to file a stipulation for dismissal with prejudice or a joint status report indicating when the stipulation will be filed.

DATED this 19th day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE