UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-00328-JCM-PAL<br><br>ORDER |

Before the court is the parties' Joint Status Report Regarding Settlement (ECF No. 69) which requests an additional 90 days to get settlement documents on file.

On March 9, 2018, the parties filed a Stipulation that the case had "come to an agreement and are in the process of finalizing settlement." District Judge Mahan granted the parties' stipulation in an Order (ECF No. 67) entered March 15, 2018. The undersigned entered an order on April 19, 2018, which gave the parties 60 days from the filing of the parties' stipulation to stay the case, or until May 9, 2018, to file a stipulation for dismissal or a joint status report advising when the stipulation would be filed.

The parties filed the instant Status Report (ECF No. 69) on May 9, 2018, indicating that Chase and SFR have settled, but negotiations are still ongoing with the HOA. The parties now request an additional 90 days to get a stipulation to dismiss on file. The stay was granted based on the representation the parties had come to an agreement and were in the process of finalizing settlement, and needed 60 days. The parties now state negotiations are still ongoing with the HOA. No explanation at all is provided for the request for an additional 90 days to complete a settlement the parties initially said would be finalized 60 days from March 15, 2018. Under these circumstances, the parties' request for an additional 90-day extension is denied, but the court will

grant the parties an additional 45 days to file a stipulation to dismiss or a joint status report advising when the stipulation to dismiss will be filed.  Accordingly,

**IT IS ORDERED:**

1. The parties' request for an additional 90-day extension is **DENIED**.
2. The parties will have an additional 45 days, or until **June 25, 2018**, to file a stipulation to dismiss or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 18th day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE