UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br><br> Defendants. | Case No. 2:17-cv-00328-JCM-PAL <br><br> ORDER |

The court conducted a status conference on July 17, 2018, regarding the parties' Joint Status Report (ECF No. 71). Kyle Ewing appeared on behalf of plaintiff, and Jacqueline Gilbert and Ashlie Surer appeared on behalf of defendants. The court heard the representation of counsel concerning their request for an additional 90 days to finalize their settlement agreements. Counsel advised that this was one of 20 cases involved in their negotiations, which has complicated finalizing their agreements.

The parties requested a stay of all proceedings in this case on March 15, 2018 representing that they had reached an agreement and were "in the process of finalizing settlement." (ECF No 67). The district judge approved the request and stayed the case. In an order entered April 19, 2018 the court gave the parties until May 9, 2019 to file a stipulation for dismissal or a joint status report indicating when the stipulation would be filed. A joint status report (ECF No 69) was filed May 9 and requested an additional 90-day extension. The court denied the request for a 90-day extension but extended the deadline for 45 days. Order (ECF No 70). The parties filed a second joint status report June 25, 2018 again requesting another 90-day extension indicating they had exchanged drafts of a settlement agreement but were "continuing to negotiate the final terms."

The court is always receptive to parties attempting to settle their cases. However, the parties have been engaged in protracted negotiations, no agreements have been signed and it is

clearly foreseeable that negotiations may break down resulting in a request to extend or reopen discovery in all 20 cases. The court will grant the parties a 60-day extension to finalize their settlement agreement and informs counsel that no further extensions will be granted.

Accordingly,

**IT IS ORDERED** that the parties shall have an additional 60 days, or until **August 24, 2018**, to either finalize their settlement agreement and file a stipulation to dismiss, or to file their Joint Pretrial Order. **No further extensions will be allowed**.

DATED this 2nd day of August, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE